```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
CHRISTIAN FERRIS,                                                 :
                                                                  :
                                   Plaintiff,                     :    1:23-cv-10823-GHW
                                                                  :
                  -v –                                            :           ORDER
                                                                  :
JULISSA LOPEZ, et al.,                                            :
                                   Defendants.                    :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2024

GREGORY H. WOODS, United States District Judge:

On February 22, 2024, the Court held an in-person initial pretrial conference in this matter. The conference has been scheduled since January 5, 2024. Dkt. No. 6. The Court, the Court's staff, and defense counsel all appeared at the conference. But Plaintiff did not. The Court will hold another initial pretrial conference on **March 1, 2024 at 10:00 a.m.** In addition, the Court will hold a status conference in this matter on **March 5, 2024 at 3:00 p.m**. Both conferences will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. Specifically, the parties should call into the Court's dedicated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.

The following procedures shall apply to all teleconferences with the Court: The parties should use a landline whenever possible, should use a headset instead of speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, the parties should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time. To facilitate orderly teleconferences and the creation of an accurate transcript where a teleconference is held on the record, the parties are required to identify

themselves every time they speak.  The parties should spell any proper names for the court reporter.  The parties should also take special care not to interrupt or speak over one another.  The recording of any court conference is prohibited by law.  Like in-person conferences, telephone conferences are open to the public.  Members of the public or the press may join a telephone conference using the dial-in information above.

Plaintiff must attend both conferences.  "'[A]ll litigants . . . have an obligation to comply with court orders,' and failure to comply may result in sanctions."  *Agiwal v. Mid Island Mortg. Corp.*, 555 F.3d 298, 302 (2d Cir. 2009) (quoting *Minotti v. Lensink*, 895 F.2d 100, 103 (2d Cir. 1990)).  If Plaintiff fails to appear at the conferences, that will result in the Court dismissing his claims against Defendants for failure to prosecute.

SO ORDERED.

Dated: February 22, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge