UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2024
```

------------------------------------------------------------------ X
                                        :

FERRIS CHRISTIAN,                   :

                                        :

                   Plaintiff,     :           1:23-cv-10823-GHW

                                        :

                 -v –                  :            ORDER

JULISSA LOPEZ, *et al.*,         :

                 Defendants.   :

                                        :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On April 18, 2024, a notice regarding the plaintiff's April 16, 2024 motion to proceed in forma pauperis was docketed in this case. Dkt. No. 18. The Court respectfully directs the Second Circuit Court of Appeals to the Court's April 17, 2024 order. Dkt. No. 17 (the "April 17 Order"). That order responds to the plaintiff's application from the preceding day. The April 17 Order denies leave to appeal in forma pauperis with respect to the order that is the subject of the appeal. Dkt. No. 13. The Court certified under 28 U.S.C. § 1915(a)(3) that any appeal from the March 5, 2024 order of dismissal would not be taken in good faith and therefore denied IFP status for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). For the avoidance of doubt, the Court does so again here now.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore denies IFP status for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. at 444-45.

SO ORDERED.

Dated: April 18, 2024
       New York, New York

                                      _____
                                         GREGORY H. WOODS
                                      United States District Judge